# SHELL GULF OF MEXICO INC. and Shell Offshore Inc., Plaintiffs–Appellees,

v.

# CENTER FOR BIOLOGICAL DIVERSITY, INC; et al., Defendants,

and

# Alaska Wilderness League; et al., Defendants–Appellants.

## No. 12–36034.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 13, 2014.

Filed Nov. 12, 2014.

Kathleen M. Sullivan, William Balden Adams, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, David J. Mayberry, Kyle W. Parker, Crowell & Moring LLP, Anchorage, AK, for Plaintiffs.

Rachael E. Meny, Esquire, Shilpi Agarwal, Esquire, Justina K. Sessions, Keker & Van Nest LLP, Jennifer Ann Sorenson, Michael E. Wall, Natural Resources Defense Council, George E. Hays, Esquire, San Francisco, CA, for Defendants.

---

* This disposition is not appropriate for publication and is not precedent except as provided

Before: FARRIS, D.W. NELSON, and NGUYEN, Circuit Judges.

## MEMORANDUM *

Defendants-appellants appeal the district court's order denying their motion to dismiss this case for lack of subject matter jurisdiction. Because plaintiffs-appellants voluntarily dismissed this case, and the legal issues presented by this appeal are addressed in a related matter, *Shell Gulf of Mexico, Inc. v. Center for Biological Diversity,* No. 13–35835 (9th Cir., filed September 10, 2013), we dismiss this appeal as moot. *See W. Coast Seafood Processors Ass'n v. Natural Res. Def. Council, Inc.,* 643 F.3d 701, 705 (9th Cir.2011) (declining to apply the "capable of repetition, yet evading review" doctrine where the issue does not "evade review").

**DISMISSED AS MOOT.**

